### 45418.   KELLEY v. CARPET SALES COMPANY et al.

HALL, Presiding Judge. Defendant Kelley appeals from the denial of a motion to strike portions of the defensive pleadings of the co-defendant Read which claim damages against Kelley resulting from an alleged partnership. The appellee filed a motion to dismiss the appeal for the reason there was no certificate by the trial court for an immediate appeal of this pre-trial order. The appeal being premature, the motion is granted. See *Rockmart Finance Co. v. High,* 118 Ga. App. 351 (163 SE2d 758). On the question of interlocutory appeals see also *Consolidated Pecan Sales Co. v. Savannah Bank &c. Co.,* 121 Ga. App. 40 (172 SE2d 487); Reaves, Appellate Practice, 21 Mercer Law Rev. 257, 259 (1970).

*Appeal dismissed. Deen and Evans, JJ., concur.*
SUBMITTED JUNE 9, 1970—DECIDED JUNE 25, 1970—
REHEARING DENIED JULY 15, 1970—

*Gilbert & Carter, Fred A. Gilbert,* for appellant.
*Arthur L. Crowe, Jr.,* for appellees.